# EXHIBIT G

*Baker Family Invoices and Payments Relating to BubbaQ*

*as of 5/31/23*

| Invoice Date | Invoice Number | Check/Wire # | Amount Paid |
|---|---|---|---|
| 2/10/2016 | OPERATING AGT PAYMENT | 111774 | 17,500.00 |
| 8/27/2015 | JULY 15 LICENSING | 111774 | 3,432.11 |
| 10/13/2015 | AUG 15 LICENSING | 112820 | 2,905.00 |
| 11/16/2015 | SEPT 15 LICENSING | 113711 | 6,769.00 |
| 12/8/2015 | OCT 15 | 15120916 | 10,924.00 |
| 12/27/2015 | NOV 15 | 16011117 | 1,543.00 |
| 1/27/2016 | DEC 15 | 16012717 | 6,029.00 |
| 2/29/2016 | JAN 16 | 16022926 | 3,762.00 |
| 9/12/2019 | 9/12/19 | 149888 | 33,333.33 |
| 10/15/2019 | 10/15/19 | 19101522 | 8,333.33 |
| 11/15/2019 | 11/15/19 | 151636 | 8,333.33 |
| 12/15/2019 | 12/15/19 | 19121819 | 8,333.33 |
| 1/15/2020 | 1/15/20 | 20011528 | 8,333.33 |
| 2/17/2020 | 2/17/20 | 20021727 | 8,333.33 |
| 3/16/2020 | 3/16/20 | 20031723 | 8,333.33 |
| 4/16/2020 | 4/16/20 | 20041720 | 6,083.33 |
| 4/29/2020 | 4/29/2020 | 20042922 | 2,250.00 |
| 5/15/2020 | 5/15/20 | 20051820 | 8,333.33 |
| 6/12/2020 | 6/12/20 | 20061224 | 8,333.33 |
| 7/15/2020 | 7/15/2020 | 20071621 | 8,333.33 |
| 8/14/2020 | 8/14/20 | 20081423 | 8,333.33 |
| 9/15/2020 | 9/15/20 | 20091524 | 8,333.33 |
| 10/12/2020 | 10/12/20 | 20101521 | 4,949.05 |
| 11/12/2020 | 11/12/20 | 20111326 | 4,253.29 |
| 12/15/2020 | 12/15/20 | 20122120 | 3,314.73 |
| 1/15/2021 | 1/15/21 | 21011525 | 3,628.58 |
| 2/15/2021 | 2/15/21 | 21051521 | 3,531.23 |
| 3/15/2021 | 3/15/21 | 21031530 | 3,316.06 |
| 4/15/2021 | 4/15/21 | 21041526 | 4,448.85 |
| 5/14/2021 | 5/14/21 | 21051423 | 3,713.18 |
| 6/15/2021 | 06/15/21 | 21061623 | 3,709.23 |
| 7/15/2021 | 7/15/21 | 21071630 | 3,495.70 |
| 8/13/2021 | 8/13/21 | 21081621 | 3,045.98 |
| 9/15/2021 | 9/15/21 | 21091622 | 6,451.12 |
| 10/14/2021 | 10/14/21 | 21101401 | 4,873.88 |
| 11/15/2021 | 11/15/21 | 21111521 | 4,580.68 |
| 12/15/2021 | 12/15/21 | 21121502 | 6,016.23 |
| 1/19/2022 | 11/21/21 - 12/25/21 | 22011901 | 5,386.06 |
| 2/16/2022 | 02/16/22 | 22021722 | 3,321.78 |
| 3/14/2022 | 03/14/22 | 22031629 | 3,396.35 |
| 4/12/2022 | 4/12/22 | 22041322 | 3,098.78 |
| 5/13/2022 | 5/13/22 | 22051626 | 4,396.24 |
| 6/10/2022 | 06/10/22 | 22061428 | 2,156.87 |
| 7/11/2022 | 07/11/22 | 22071422 | 1,643.24 |
| 8/10/2022 | 08/10/22 | 22081025 | 2,119.41 |

| | | | |
|---|---|---|---:|
| 9/13/2022 | 09/13/22 | 22091325 | 1,813.57 |
| 10/1/2022 | 10/01/22 | 22101825 | 2,382.99 |
| 11/14/2022 | 11/14/22 | 22111546 | 384.75 |
| 12/13/2022 | 12/13/22 | 22121624 | 4,555.65 |
| 1/9/2023 | 01/09/23 | 23011035 | 655.21 |
| 2/2/2023 | FEB 23 | 23031723 | 71.28 |
| 2/2/2023 | JAN 23 | 23021636 | 181.31 |
| 4/4/2023 | 04/04/23 | 23041133 | 300.76 |
| 5/3/2023 | 05/03/23 | 23050431 | 477.46 |
| 6/1/2015 | MAY 2015 | 109739 | 11,778.89 |
| 7/2/2015 | 07/02/15 | 110403 | 24,396.75 |
| 7/28/2015 | 7/28/15 | 110918 | 11,102.85 |
| 8/27/2015 | JULY 15 PROFIT | 111773 | 10,876.30 |
| 10/13/2015 | AUG 15 PROFIT | 112819 | 10,876.30 |
| 11/16/2015 | SEPT 15 PROFIT | 113721 | 20,702.01 |
| 12/8/2015 | OCT 15 | 15120915 | 13,481.85 |
| 12/17/2015 | OPERATING AGT PAYMENT | 15121722 | 35,000.00 |
| 12/27/2015 | NOV 15 | 16011116 | 3,306.15 |
| 1/27/2016 | DEC 15 | 16012716 | 20,616.34 |
| 9/9/2015 | AUG 15 | 111985 | 1,587.50 |
| 9/18/2015 | SEPT5-SEPT10 2015 | 112299 | 1,606.67 |
| 10/23/2015 | OCT8-OCT12 2015 | 113186 | 1,335.10 |
| 11/19/2015 | NOV8-NOV12 2015 | 113876 | 2,766.78 |
| 12/17/2015 | DEC 6-DEC 8 2015 | 114530 | 2,797.58 |
| 1/6/2016 | DEC 29 - DEC 31 | 114980 | 2,526.31 |
| 1/25/2016 | JAN 8 - JAN 10 2016 | 115412 | 1,558.40 |
| 1/25/2016 | JAN 8 - JAN 11 2016 | 115412 | 1,725.01 |
| 1/29/2016 | JAN 22-JAN 25 2.016 | 115681 | 2,066.48 |
| 3/16/2016 | FEB 1-FEB 3 2016 | 116786 | 2,622.75 |
| 3/16/2016 | FEB 9-FEB 11 2016 | 116786 | 2,740.36 |
| 3/30/2016 | FEB1-FEB3 2016 | 117171 | 150.00 |
| 8/15/2016 | 8/15/16 | 16081916 | 11,000.00 |
| 10/15/2019 | 10/15/19 | 150706 | 1,500.00 |
| 10/30/2019 | 10/30/19 | 151267 | 1,500.00 |
| 11/4/2019 | 11/04/19 | 151437 | 1,500.00 |
| 11/14/2019 | 11/14/19 | 151630 | 354.65 |
| 11/25/2019 | 11/25/19 | 151864 | 1,500.00 |
| 12/27/2019 | 12/27/19 | 153290 | 1,500.00 |
| 1/2/2020 | 1/02/20 | 153290 | 1,500.00 |
| 2/17/2020 | 2/17/20 | 155173 | 1,500.00 |
| 2/27/2020 | 2/27/20 | 155386 | 1,500.00 |
| 3/1/2020 | 3/01/20 | 155631 | 1,500.00 |
| 4/10/2020 | 4/10/20 | 156689 | 1,500.00 |
| 5/15/2020 | 5/15/20 | 157599 | 1,500.00 |
| 6/12/2020 | 6/12/20 | 158373 | 1,500.00 |
| 7/15/2020 | 7/15/20 | 159381 | 1,500.00 |
| 8/14/2020 | 8/14/20 | 160258 | 738.27 |
| 8/14/2020 | 8/14/2020 | 160259 | 1,500.00 |
| 8/19/2020 | 1101 | 161144 | 1,500.00 |

| Date | Ref | Num | Amount |
|---|---|---|---|
| 9/1/2020 | 1102 | 161144 | 1,500.00 |
| 9/15/2020 | 9/15/20 | 161058 | 1,500.00 |
| 9/30/2020 | 1103 | 162177 | 1,500.00 |
| 10/12/2020 | 10/12/20 | 161929 | 1,500.00 |
| 11/10/2020 | 1104 | 163257 | 1,500.00 |
| 11/12/2020 | 11/12/20 | 162777 | 1,500.00 |
| 1/7/2021 | 1105 | 164168 | 1,500.00 |
| 1/7/2021 | 1106 | 164168 | 1,500.00 |
| 6/11/2021 | 1101A | 168720 | 1,500.00 |
| 7/13/2021 | 1102A | 169813 | 1,500.00 |
| 8/1/2021 | 1103A | 170241 | 1,500.00 |
| 8/24/2021 | 1103B | 170927 | 1,500.00 |
| 10/28/2021 | 1103C | 172825 | 1,500.00 |
| 12/25/2021 | 12-27-21 | 174427 | 1,500.00 |
| 2/8/2022 | 2/08/22 | 175820 | 1,500.00 |
| 7/5/2022 | 07-05-2022 | 180083 | 1,500.00 |
| 7/25/2022 | 07/25/22 | 180527 | 1,500.00 |
| 4/30/2016 | 04302016 | 16053001 | 3,577.25 |
| 6/10/2016 | 053016 | 16061301 | 19,705.22 |
| 6/30/2016 | 071216 | 16071201 | 2,142.17 |
| 7/29/2016 | 072016 | 16081216 | 1,008.05 |
| 8/27/2016 | 082716 | 16091316 | 4,697.48 |
| 9/30/2016 | 093016 | 16101116 | 3,154.92 |
| 10/29/2016 | LICFEE102016 | 16111501 | 1,358.72 |
| 11/25/2016 | NOV16LIC | 16121301 | 2,498.10 |
| 12/31/2016 | 12312016 | 17011001 | 4,355.71 |
| 1/27/2017 | JAN-2017 | 17021301 | 824.38 |
| 2/24/2017 | LIC02-2017 | 17031301 | 2,374.39 |
| 3/31/2017 | 03312017 | 17041301 | 21,066.78 |
| 3/31/2017 | LOANRPY1 | 17041301 | -5,500.00 |
| 4/29/2017 | 042917 | 17051001 | 24,425.92 |
| 4/29/2017 | LOANRPY2 | 17051001 | -5,500.00 |
| 5/27/2017 | 052717 | 17060601 | 18,612.96 |
| 6/30/2017 | LIC-06-2017 | 17070701 | 12,250.37 |
| 7/28/2017 | LICFEE072017 | 17080701 | 7,350.94 |
| 8/23/2017 | PATENT-50PCT | 17090601 | -950.00 |
| 8/26/2017 | LICFEE08-2017 | 17090601 | 3,831.97 |
| 9/30/2017 | SEPT17LIC | 17100202 | 2,845.30 |
| 10/28/2017 | LIC10-2017 | 17110601 | 1,697.98 |
| 11/25/2017 | LIC11-2017 | 17120501 | 3,169.22 |
| 12/30/2017 | LICFEE12-2017 | 18011001 | 8,507.56 |
| 1/27/2018 | 1153.13 | 18020702 | 1,153.13 |
| 3/6/2018 | 02-2018 LIC FEE | 18030618 | 1,675.24 |
| 3/31/2018 | 03/2018 LIC FEE | 18040518 | 2,634.70 |
| 4/28/2018 | 04/2018 LIC FEE | 18050718 | 3,527.90 |
| 5/26/2018 | 05/2018 LIC. FEE | 18060818 | 4,293.21 |
| 6/21/2018 | 05/2018 AMEX 1ST | 18081018 | -68.40 |
| 6/30/2018 | 06/2018 LIC FEE | 18071018 | 4,065.77 |
| 7/1/2018 | 06/2018 AMEX | 18081018 | -716.20 |

| Date | Description | Number | Amount |
|---|---|---|---|
| 7/28/2018 | 07/2018 LIC FEE | 18081018 | 880.05 |
| 9/10/2018 | 08-2018 LICENSE FE | 18091018 | 3,518.77 |
| 10/10/2018 | 09/2018 LICENSE | 18092419 | 1,687.09 |
| 10/27/2018 | 10/2018 LICENSE | 18092421 | 1,511.33 |
| 11/24/2018 | 11/2018 LICENSE | 18092423 | 1,641.80 |
| 12/29/2018 | 12/2018 LICENSE | 18092427 | 2,019.27 |
| 1/26/2019 | 01/2019 LICENSE | 18092428 | 1,042.16 |
| 2/23/2019 | 02/2019 LICENSE | 18092430 | 1,247.27 |
| 3/29/2019 | 03/2019 LICENSE | 18092432 | 889.13 |
| 5/1/2019 | 04/2019 LICENSE | 18092435 | 1,060.14 |
| 6/4/2019 | 05/2019 LICENSE | 18092436 | 1,814.35 |
| 6/29/2019 | 06/2019 LICENSE | 18062439 | 1,693.87 |
| 7/27/2019 | 07/2019 LICENSING | 18092441 | 1,207.29 |
| 8/24/2019 | 08/2019 JABEZ | 18092444 | 255.53 |
| 8/24/2019 | 08/2019 LICENSE | 18092443 | 1,092.93 |
| 6/30/2016 | 063016 | 16063001 | 4,280.45 |
| 6/28/2017 | DIST-05-2017 | 17062803 | 3,917.46 |
| 9/11/2017 | DIST091117 | 17091102 | 9,450.00 |
| 1/18/2018 | DISP 01-2018 | 18011903 | 8,550.00 |
| 6/20/2018 | 06/2018 | 18062120 | 6,750.00 |
| 7/24/2018 | 07/2018 DISBURSE | 18072419 | 4,500.00 |
|  |  |  | **$ 744,659.83** |