Case #1:23 2967 & 3126
Honorable Judge Kugler,

I respectfully submit this article on the subject of Freedom of the Press for your consideration: Freedom of the press, also known as freedom of the media, is a fundamental principle that upholds the right to freely communicate and express oneself through various forms of media, including print and electronic platforms. It encompasses the belief that individuals should be able to exercise this right without interference from an overreaching state. The preservation of this freedom can be sought through constitutional or legal protections and safeguards. It stands in contrast to paid press, where copyrights are obtained by communities, law enforcement agencies, or governments.

The Universal Declaration of Human Rights, adopted by the United Nations in 1948, unequivocally declares: "Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive, and impart information and ideas through any media, regardless of frontiers."

As a member of the media, I firmly believe that our social media posts are protected by constitutional provisions. The podcast I am affiliated with, called the "Beau and Bubba Show: Fanatics of Food and Football," is sponsored by NFL ALUMNI MEDIA and can be found on NFLAMEDIA.com. My co-host is Beau McMillan from the Food Network.

Additionally, my daughter and I have a YouTube show titled the "Bubba and Bo Show," and we are launching our new show on a live streaming platform with NFL Alumni MEDIA. I express my gratitude to the court for your time and consideration.

Sincerely,

*James Baker AKA Al Baker*
James Baker (AKA Al Baker)