MERCEDES COLWIN
MCOLWIN@GRSM.COM

BRITTANY L. PRIMAVERA
BPRIMAVERA@GRSM.COM

LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM

HANNAH KUCINE
HKUCINE@GRSM.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

June 20, 2023

**VIA ECF**

The Honorable Robert B. Kugler
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, New Jersey 08101

        Re:    *DF Ventures, LLC, et al. v. FOFBakers Holding Company, LLC et al.*, **1:23-cv-03126**

              *Rastelli Partners, LLC, et al. v. James A. Baker a/k/a Al Baker, Brittani Baker and Sabrina Baker*, **1:23-cv-2967**

Your Honor,

        As you are aware, we represent DF Ventures, LLC and Daymond John in the above-referenced matter. We write jointly with counsel for plaintiffs in the related action under Index No. 1:23-cv-02967. We thank the Court for its order granting our requested temporary relief (the "June 19 Order").

        Pursuant to this Honorable Court's June 19 Order and Federal Rule of Civil Procedure 65(c), we write to advise that the plaintiffs from both of the above-mentioned matters propose an amount of $10,000 as a bond to secure the June 19 Order. We believe this amount to be both reasonable and proper considering the circumstances of this matter. The plaintiffs are prepared to organize such bond immediately upon this Honorable Court's approval.

        Thank you for your consideration of this request.

                                                          Respectfully submitted,

                                                          *Mercedes Colwin*

                                                          Mercedes Colwin

cc: Brittany Primavera (*via email*)
    Lindsey Blackwell (*via email*)
    Hannah Kucine (*via email*)
    David R. Dahan, Esquire (*via email*)