Case #23-2967
Case#23-3126

6-22-23

Dear Judge Kugler,
We just became aware by checking with the docket that there is a bond due from us today in this case. Unfortunately we are going through extreme financial hardship and we're not able to pay this at this time. We'd deeply appreciate if you could grant us more time to try and borrow the funds to pay this from any and all resources we can come up with.


Sincerely,
Sabrina Baker
Al Baker
Brittani Baker