IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| DF VENTURES, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FOFBAKERS HOLDING COMPANY LLC, *et al.*, <br><br> Defendants. | Civ. No. 23-3126 (RBK/AMD) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court following the continued evidentiary hearing held before the Court on Monday, June 26, 2023. The hearing is for injunctive relief sought by Plaintiffs in the above-captioned case as well as Plaintiffs in the related action, *Rastelli Partners, LLC, et al. v. James A. Baker AKA Al Baker, et al.*, Civ. No. 23-2967. Additionally, on June 16, 2023, during a period during which the Court temporarily adjourned the hearing, the Court granted all related Plaintiffs' joint application for temporary injunctive relief (the "June 16 Order"). (ECF No. 24); and

**IT IS HEREBY ORDERED** that the Court **EXTENDS** the temporary injunctive relief the Court granted in its June 16 Order. The exact same restraints as set out in the June 16 Order will apply against all persons as set out in that Order for all the reasons set out in that Order. These restraints shall remain in place **until further order of the Court**.

Dated: June 26, 2023

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

1