UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   June 29, 2023

**JUDGE ROBERT B. KUGLER**

**COURT REPORTER:**  SHARON RICCI

**TITLE OF CASE:**                                **DOCKET NO.:** 23-3126 (RBK)(AMD)

DF VENTURES, LLC, et al.
v
FOFBAKERS HOLDING COMPANY, LLC, et al.

**APPEARANCES:**
Brittany L. Primavera, Esq., Mercedes Colwin, Esq., for Plaintiffs
Alexander Schachtel, Esq., for Defendants

**NATURE OF PROCEEDINGS**:   CONTINUATION OF EVIDENTIARY HEARING ON [3]
                                                    MOTION FOR PRELIMINARY INJUNCTION

Continuation of evidentiary hearing held via videoconference.

Brittani Baker resumed for Defendants.

Ordered supplemental briefing to be submitted by July 13, 2023.
Ordered hearing adjourned to July 5, 2023 at 1:00PM in Courtroom 4D.


Time Commenced: 9:00a.m.      Time Adjourned: 12:00p.m.      Total Time in Court: 1:30


                                                            s/Lawrence MacStravic
                                                            Deputy Clerk

**cc: Chambers**