# BAKER-1

| Bubbas Q | | | | | | Total Before | Returns & | Net | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item Description | WT | .Com Price | Cost | Overhead | Fulfillment | Returns | Damages | Margin | Margin % | |
| Bubbasbonelessribs.com | | | | .68 cents lb | | | | | | |
| | | | | | | | | | | |
| De-Boned Baby Back Rib Steak  1 / 18oz. | 1.12 | $29.95 | $9.00 | $0.76 | $6.50 | $16.26 | $16.76 | $13.19 | 44.02% | |
| De-Boned Baby Back Rib Steak  2/18oz. | 2.25 | $39.95 | $18.00 | $1.53 | $6.50 | $26.03 | $26.84 | $13.11 | 32.83% | |
| De-Boned Baby Back Rib Steak  4/18oz. | 4.50 | $79.95 | $36.00 | $3.06 | $7.50 | $46.56 | $48.00 | $31.95 | 39.96% | |
| | | | | | | | | | | |
| De-Boned Baby Back Rib Steak  2/10oz. | 1.25 | $33.95 | $10.00 | $0.85 | $6.50 | $17.35 | $17.89 | $16.06 | 47.31% | |
| De-Boned Baby Back Rib Steak  4/10oz. | 2.50 | $44.95 | $20.00 | $1.70 | $6.50 | $28.20 | $29.07 | $15.88 | 35.32% | |
| De-Boned Baby Back Rib Steak  6/10oz. | 3.75 | $66.95 | $30.00 | $2.55 | $7.50 | $40.05 | $41.29 | $25.66 | 38.33% | |
| | | | | | | | | | | |
| Bone-In Baby Back Rib  1/2lb | 2.00 | $34.95 | $6.30 | $1.36 | $6.50 | $14.16 | $14.60 | $20.35 | 58.23% | |
| Bone-In Baby Back Rib  2/2lb | 4.00 | $64.95 | $12.60 | $2.72 | $7.50 | $22.82 | $23.53 | $41.42 | 63.78% | |
| Bone-In Baby Back Rib  4/2lb | 6.00 | $124.95 | $25.20 | $4.08 | $7.50 | $36.78 | $37.92 | $87.03 | 69.65% | |
| | | | | | | | | | | |
| Brisket Burger 12/5oz. | 3.75 | $44.95 | $14.00 | $2.55 | $7.50 | $24.05 | $24.79 | $20.16 | 44.84% | |