# BAKER-3

## RE: Bubba's Update

| | |
|---|---|
| From: | Jennifer Flack (jennifer@tccdl.com) |
| To: | RRastelli3@rastellis.com |
| Cc: | bubbasq@icloud.com; JYu@mhhco.com; larry@thesharkgroup.com; brittanibo03@yahoo.com; MMufson@mhhco.com; ALopezOna@mhhco.com; sabrinasq@icloud.com; RRastelli@RASTELLIS.COM |
| Date: | Tuesday, April 12, 2022, 09:06 AM PDT |

Excellent!  Thank you. j



JENNIFER SCHOATS FLACK
The Capital City Deal Lawyer, LLC
4420 Foxhall Lane
Springfield, Illinois 62711
217.679.2141 (w)
248.977.7921 (m)
Jennifer@tccdl.com
www.thecapitalcitydeallawyer.com

This electronic message contains information from the law firm of The Capital City Deal Lawyer, LLC that may be privileged. The information is intended for the use of the addressee only.  If you are not the addressee, note that any disclosure, replication, distribution or use of the contents of this message is prohibited.

**From:** Ray Rastelli III <RRastelli3@rastellis.com>
**Sent:** Tuesday, April 12, 2022 10:59 AM
**To:** Jennifer Flack <jennifer@tccdl.com>
**Cc:** Al Baker <bubbasq@icloud.com>; Jimmy Yu <JYu@mhhco.com>; Larry Fox <larry@thesharkgroup.com>; Brittani Baker <brittanibo03@yahoo.com>; Michael Mufson <MMufson@mhhco.com>; Anthony LopezOna <ALopezOna@mhhco.com>; Sabrina Baker <sabrinasq@icloud.com>; Ray Rastelli <RRastelli@RASTELLIS.COM>
**Subject:** RE: Bubba's Update

Good morning Jennifer,

I sent to you and Al the conference call that got scheduled yesterday for (tomorrow) Wednesday with Meat Industria.  This is so far the only company that signed the NDA and only one we will proceed speaking with further until the others are back.


**Ray Rastelli III**

*Executive Vice President*




*Technology Driven • Customer Focused*

300 Heron Drive
Swedesboro, NJ 08085

Mobile: 856-217-7577

Phone: 856-803-1100 (Ext. 103)

Fax: 856-803-1115
E-Mail: rrastelli3@rastellis.com
Retail: www.RastelliMarket.com

Corporate: www.RastelliFoodsGroup.com

DISCLAIMER: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential and prohibited from disclosure or unauthorized use under applicable law. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, or copying of this e-mail of the information contained in this e-mail is strictly prohibited by the sender. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system.


**From:** Jennifer Flack <jennifer@tccdl.com>
**Sent:** Tuesday, April 12, 2022 11:17 AM
**To:** Ray Rastelli III <RRastelli3@rastellis.com>
**Cc:** Al Baker <bubbasq@icloud.com>; Jimmy Yu <JYu@mhhco.com>; Larry Fox <larry@thesharkgroup.com>; Brittani Baker <brittanibo03@yahoo.com>; Michael Mufson <MMufson@mhhco.com>; Anthony LopezOna <ALopezOna@mhhco.com>; Sabrina Baker <sabrinasq@icloud.com>; Ray Rastelli <RRastelli@RASTELLIS.com>
**Subject:** RE: Bubba's Update


Ray, good morning.  Please send over the NDA before our meeting today.  Thanks. j



JENNIFER SCHOATS FLACK

The Capital City Deal Lawyer, LLC

4420 Foxhall Lane

Springfield, Illinois 62711

217.679.2141 (w)

248.977.7921 (m)

Jennifer@tccdl.com

www.thecapitalcitydeallawyer.com


This electronic message contains information from the law firm of The Capital City Deal Lawyer, LLC that may be privileged. The information is intended for the use of the addressee only.  If you are not the addressee, note that any disclosure, replication, distribution or use of the contents of this message is prohibited.

---

**From:** Ray Rastelli III <RRastelli3@rastellis.com>
**Sent:** Friday, April 8, 2022 10:58 AM
**To:** Jennifer Flack <jennifer@tccdl.com>
**Cc:** Al Baker <bubbasq@icloud.com>; Jimmy Yu <JYu@mhhco.com>; Larry Fox <larry@thesharkgroup.com>; Brittani Baker <brittanibo03@yahoo.com>; Michael Mufson <MMufson@mhhco.com>; Anthony LopezOna <ALopezOna@mhhco.com>; Sabrina Baker <sabrinasq@icloud.com>; Ray Rastelli <RRastelli@RASTELLIS.com>
**Subject:** Re: Bubba's Update


Dear Jennifer,


We are happy to get on a call next week.  Tuesday at 2pm or Wednesday at 10am would work better for us if that ok as we have visitors and meetings already at the times suggested.

As for an update, there has been (NO) further communication with Smithfield not even an email, Joe was clear we needed to work this out with his Mexico team members before we continue further and that's what we are trying to do.  We cannot go back to Joe until we have something viable to offer him which is a manufacturer in Mexico that can make the product at a much lower price.

Now, as for an update on Mexico, as you can imagine things now in our industry are moving very slow from all the challenges we are faced with, even more so when dealing with folks in Mexico that we don't know and are just dealing with for the first time.  So Far we have received 1 (NDA back from 1 of the plants) we are still waiting on 2 other plants.  We have pushed them to get them back to us no later than middle of next week and we have requested a call with the gentleman we are dealing with for Wednesday incase we don't have them back by them to find out why the further delay.

The biggest challenge with getting to this point and getting these folks to sign the NDA's is that they all wanted to see physical samples before taking that step.

Sending samples into Mexico was not an option as there was many challenges with getting this to ship right there.  So after that failed the team there connected us with their counterparts in Arizona to send samples too and they would (drive the samples) across the border.  We sent those out 3 weeks ago and they drove them across the border roughly 7-8 days ago which is why we are now seeing the plants say ok this is a product we saw and we believe we can make, now we will proceed signing a NDA.

Now once we have the NDA's back we will set calls with each of the 3 plants.  Everyone as I said in my last email is welcome to join those calls where we will go over the intricate details of how to make the product and ultimately see if these folks are an option to bring this product to market at a price Smithfield and we can feel good about.  I will be sure to include you, Al and team as well as Larry on those calls when they are set.

I think we will see results over the next 60 days as to samples and pricing to see if these 3 facilities can make this work for us.

None the less this should not stop us from looking for other buyers as we spoke on our last call.

Jennifer I will send you a copy of the NDA when I get back to my office I am on the road today and don't have my computer with me only my I pad and mobile phone.

Kind Regards,

**Ray Rastelli III**

On Apr 8, 2022, at 11:32 AM, Jennifer Flack <jennifer@tccdl.com> wrote:

Good morning Team!

We would like to schedule a call next Monday or Tuesday so that we can all get an update on what is going on and where we are headed. Specifically, we want to know where we are in the process with Smithfields – communications, plans, etc., and we want to know where the Mufson team is on identifying potential buyers and getting ready to take the company to market. We are available at 11:00 Eastern Monday and Tuesday but have some flexibility if those times are not good.

Also, we want to make sure that going forward, the Bakers are involved in all communications and correspondence with Smithfields. We believe that we are at the point where Smithfields needs to understand that the Bakers are a critical part of the decision-making team, and we no longer want to get information second hand. We continue to be concerned about how long this process is taking and we need to all light a fire and get things moving. We would like to discuss the role that we can play in making that happen and, perhaps, we can all agree on some critical dates and milestones. Everything just seems to be languishing – but that may not be the case. I look forward to the update.

I look forward to hearing from you all. By the way, Ray3, can you send me a copy of the NDA that Smithfield's processors are signing? Plus, I want to confirm that we did not release any recipes or other proprietary information to them before we had the NDAs in hand. Right?

Take care and have a good weekend. j



JENNIFER SCHOATS FLACK

The Capital City Deal Lawyer, LLC

4420 Foxhall Lane

Springfield, Illinois 62711

217.679.2141 (w)

248.977.7921 (m)

Jennifer@tccdl.com

www.thecapitalcitydeallawyer.com

This electronic message contains information from the law firm of The Capital City Deal Lawyer, LLC that may be privileged. The information is intended for the use of the addressee only.  If you are not the addressee, note that any disclosure, replication, distribution or use of the contents of this message is prohibited.

---

**From:** Al Baker <bubbasq@icloud.com>
**Sent:** Friday, April 1, 2022 8:36 AM
**To:** Ray Rastelli III <RRastelli3@rastellis.com>
**Cc:** Jimmy Yu <JYu@mhhco.com>; Jennifer Flack <jennifer@tccdl.com>; Larry Fox <larry@thesharkgroup.com>; Brittani Baker <brittanibo03@yahoo.com>; Michael Mufson <MMufson@mhhco.com>; Anthony LopezOna <ALopezOna@mhhco.com>; Sabrina Baker <sabrinasq@icloud.com>; Ray Rastelli <RRastelli@rastellis.com>
**Subject:** Re: Bubba's Update


Ray,


Thank you and have great weekend.



Al "Bubba" Baker

Sent from my iPhone



On Mar 31, 2022, at 11:19 PM, Ray Rastelli III <RRastelli3@rastellis.com> wrote:

Hi Al,

There has not been any further communication with Smithfield at all.  They want us to explore with the co pack partners first.  Once we get calls set with them we will include you.  But we are not there yet.  We got 1 signed NDA back so far and are awaiting 2 more.  We sent samples to all 3 places last week by sending them to a clearing house in Arizona and then they delivered them across the border into Mexico.

Once these calls are set we will include you and copy you in on the emails with them all to arrange it.

Thank you,

**Ray Rastelli III**

On Mar 31, 2022, at 4:15 PM, Al Baker <bubbasq@icloud.com> wrote:

Hello Ray3/Larry,

I hope you are well. I am following up on my request to be introduced to the Smithfield relationship in order to be able to make sound business decisions involving JABEZBAKERSLLC, (Boneless Ribs). I would prefer to be copied rather than forwarding. I look forward to your response.

Al "Bubba" Baker

Sent from my iPhone

On Mar 27, 2022, at 4:09 PM, Ray Rastelli III
<RRastelli3@rastellis.com> wrote:

Jimmy,

We have been put in contact with 3 separate facilities in
Mexico by Smithfield.  We should have all signed
Confidentiality agreements in place by early this week
and we can get this moving fast from there.  We will be
keep you updated as calls get set up with the facilities.

Thank you,

**Ray Rastelli III**

On Mar 27, 2022, at 2:09 PM, Jimmy Yu
<JYu@mhhco.com> wrote:

Hi Larry,

Following up since our conversation from
last time – have there been any updates
since the cost structure conversation with
Smithfield? Thanks and enjoy the rest of
your weekend.

Regards,

Jimmy Yu, CFA



Mufson Howe Hunter & Company LLC

1717 Arch Street, 39th Floor

Philadelphia, PA 19103

www.mhhco.com

Direct Dial: 215-399-5408

Cell: 614-886-8661

---

**From:** Jennifer Flack <jennifer@tccdl.com>
**Sent:** Friday, January 21, 2022 4:39 PM
**To:** Ray Rastelli III
<RRastelli3@rastellis.com>; Jimmy Yu
<JYu@mhhco.com>; Al Baker
<bubbasq@icloud.com>
**Cc:** Larry Fox <larry@thesharkgroup.com>;
Brittani Baker <brittanibo03@yahoo.com>;
Michael Mufson <MMufson@Mhhco.com>;
Anthony LopezOna
<ALopezOna@Mhhco.com>; Sabrina Baker
<sabrinasq@icloud.com>; Ray Rastelli
<RRastelli@RASTELLIS.com>
**Subject:** RE: Bubba's Update

Friday at 10 is good for our team. j



JENNIFER SCHOATS FLACK

The Capital City Deal Lawyer, LLC

4420 Foxhall Lane

Springfield, Illinois 62711

217.679.2141 (w)

248.977.7921 (m)

Jennifer@tccdl.com

www.thecapitalcitydeallawyer.com

This electronic message contains
information from the law firm of The Capital
City Deal Lawyer, LLC that may be
privileged. The information is intended for
the use of the addressee only.  If you are
not the addressee, note that any disclosure,
replication, distribution or use of the
contents of this message is prohibited.

---

**From:** Ray Rastelli III
<RRastelli3@rastellis.com>
**Sent:** Friday, January 21, 2022 3:02 PM
**To:** Jennifer Flack <jennifer@tccdl.com>;
Jimmy Yu <JYu@mhhco.com>; Al Baker
<bubbasq@icloud.com>
**Cc:** Larry Fox <larry@thesharkgroup.com>;
Brittani Baker <brittanibo03@yahoo.com>;
Michael Mufson <MMufson@Mhhco.com>;
Anthony LopezOna
<ALopezOna@Mhhco.com>; Sabrina Baker
<sabrinasq@icloud.com>; Ray Rastelli
<RRastelli@RASTELLIS.com>
**Subject:** RE: Bubba's Update

No worries I am sorry we are totally
slammed next week with visitors in all day
almost every day as well as big audits of
the plant from SQF as well as other
customers annual audits.  Can we do
Friday 10am?

**Ray Rastelli III**

*Executive Vice President*



*Technology Driven* • *Customer Focused*

300 Heron Drive
Swedesboro, NJ 08085

Mobile: 856-217-7577

Phone: 856-803-1100 (Ext. 103)

Fax: 856-803-1115
E-Mail: rrastelli3@rastellis.com
Retail: www.RastelliMarket.com

Corporate: www.RastelliFoodsGroup.com

DISCLAIMER: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential and prohibited from disclosure or unauthorized use under applicable law. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, or copying of this e-mail of the information contained in this e-mail is strictly prohibited by the sender. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system.

**From:** Jennifer Flack <jennifer@tccdl.com>
**Sent:** Friday, January 21, 2022 3:56 PM
**To:** Jimmy Yu <JYu@mhhco.com>; Ray Rastelli III <RRastelli3@rastellis.com>; Al Baker <bubbasq@icloud.com>
**Cc:** Larry Fox <larry@thesharkgroup.com>; Brittani Baker <brittanibo03@yahoo.com>; Michael Mufson <MMufson@Mhhco.com>; Anthony LopezOna <ALopezOna@Mhhco.com>; Sabrina Baker <sabrinasq@icloud.com>; Ray Rastelli <RRastelli@RASTELLIS.com>

**Subject:** RE: Bubba's Update

I am open during those times on Thursday as well.  j



JENNIFER SCHOATS FLACK

The Capital City Deal Lawyer, LLC

4420 Foxhall Lane

Springfield, Illinois 62711

217.679.2141 (w)

248.977.7921 (m)

[Jennifer@tccdl.com](mailto:Jennifer@tccdl.com)

[www.thecapitalcitydeallawyer.com](http://www.thecapitalcitydeallawyer.com)

This electronic message contains information from the law firm of The Capital City Deal Lawyer, LLC that may be privileged. The information is intended for the use of the addressee only.  If you are not the addressee, note that any disclosure, replication, distribution or use of the contents of this message is prohibited.

---

**From:** Jimmy Yu <[JYu@mhhco.com](mailto:JYu@mhhco.com)>
**Sent:** Friday, January 21, 2022 2:53 PM
**To:** Jennifer Flack <[jennifer@tccdl.com](mailto:jennifer@tccdl.com)>;
Ray Rastelli III <[RRastelli3@rastellis.com](mailto:RRastelli3@rastellis.com)>;
Al Baker <[bubbasq@icloud.com](mailto:bubbasq@icloud.com)>
**Cc:** Larry Fox <[larry@thesharkgroup.com](mailto:larry@thesharkgroup.com)>;
Brittani Baker <[brittanibo03@yahoo.com](mailto:brittanibo03@yahoo.com)>;

Michael Mufson <MMufson@Mhhco.com>;
Anthony LopezOna
<ALopezOna@Mhhco.com>; Sabrina Baker
<sabrinasq@icloud.com>; Ray Rastelli
<RRastelli@RASTELLIS.com>
**Subject:** RE: Bubba's Update

I am available on Thursday from 10am –
1pm and after 3pm. I can send around a
zoom once we have a time that works for
everybody.

Regards,

Jimmy

---

**From:** Jennifer Flack <jennifer@tccdl.com>
**Sent:** Friday, January 21, 2022 3:34 PM
**To:** Ray Rastelli III
<RRastelli3@rastellis.com>; Al Baker
<bubbasq@icloud.com>
**Cc:** Larry Fox <larry@thesharkgroup.com>;
Jimmy Yu <JYu@mhhco.com>; Brittani
Baker <brittanibo03@yahoo.com>; Michael
Mufson <MMufson@Mhhco.com>; Anthony
LopezOna <ALopezOna@Mhhco.com>;
Sabrina Baker <sabrinasq@icloud.com>;
Ray Rastelli <RRastelli@RASTELLIS.com>
**Subject:** RE: Bubba's Update

Thanks for the fast response. Wednesday
does not work. Is the team available
Thursday? j



JENNIFER SCHOATS FLACK

The Capital City Deal Lawyer, LLC

4420 Foxhall Lane

Springfield, Illinois 62711

217.679.2141 (w)

248.977.7921 (m)

Jennifer@tccdl.com

www.thecapitalcitydeallawyer.com


This electronic message contains information from the law firm of The Capital City Deal Lawyer, LLC that may be privileged. The information is intended for the use of the addressee only. If you are not the addressee, note that any disclosure, replication, distribution or use of the contents of this message is prohibited.

---

**From:** Ray Rastelli III <RRastelli3@rastellis.com>
**Sent:** Friday, January 21, 2022 2:12 PM
**To:** Jennifer Flack <jennifer@tccdl.com>; Al Baker <bubbasq@icloud.com>
**Cc:** Larry Fox <larry@thesharkgroup.com>; Jimmy Yu <JYu@mhhco.com>; Brittani Baker <brittanibo03@yahoo.com>; Michael Mufson <MMufson@mhhco.com>; Anthony LopezOna <ALopezOna@mhhco.com>; Sabrina Baker <sabrinasq@icloud.com>; Ray Rastelli <RRastelli@RASTELLIS.com>
**Subject:** RE: Bubba's Update


Hi Jennifer,


We should certainly get on a call to update you further and discuss our options. However the response we got from Smithfield I actually look at as a positive. In the current state of the meat environment with pricing being almost 2X what it was just a year ago mainly due to covid and it

making our already expensive product that much worse. I believe exploring this with Smithfield is the right thing to do and the worst thing that could come out of it would be us potentially having a new Mexico sourcing deal that could potentially make our product/company even that much more attractive for other potential buyers because they would know this is truly scalable at the right price. Happy to discuss further. Lets chat next week how is Wednesday at 3pm?

Kind Regards,

**Ray Rastelli III**

*Executive Vice President*



*Technology Driven • Customer Focused*

300 Heron Drive
Swedesboro, NJ 08085

Mobile: 856-217-7577

Phone: 856-803-1100 (Ext. 103)

Fax: 856-803-1115
E-Mail: rrastelli3@rastellis.com
Retail: www.RastelliMarket.com

Corporate: www.RastelliFoodsGroup.com

DISCLAIMER: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential and prohibited from disclosure or unauthorized use under applicable law. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, or copying of this e-mail of the information

contained in this e-mail is strictly prohibited
by the sender. If you have received this
transmission in error, please return the
material received to the sender and delete
all copies from your system.

---

**From:** Jennifer Flack <jennifer@tccdl.com>
**Sent:** Friday, January 21, 2022 3:03 PM
**To:** Al Baker <bubbasq@icloud.com>
**Cc:** Larry Fox <larry@thesharkgroup.com>;
Jimmy Yu <JYu@mhhco.com>; Ray Rastelli
III <RRastelli3@rastellis.com>; Brittani
Baker <brittanibo03@yahoo.com>; Michael
Mufson <MMufson@mhhco.com>; Anthony
LopezOna <ALopezOna@mhhco.com>;
Sabrina Baker <sabrinasq@icloud.com>;
Ray Rastelli <RRastelli@RASTELLIS.com>
**Subject:** Re: Bubba's Update

Then let's get on a call and discuss this.
Jimmy, can you coordinate? J

Jennifer Schoats Flack

The Capital City Deal Lawyer, LLC

4420 Foxhall Lane

Springfield, Illinois 62711

Jennifer@tccdl.com

www.thecapitalcitydeallawyer.com

217.679.2141 (landline)

248.977.7921 (Mobile)

This electronic message contains
information from the law firm of The Capital
City Deal Lawyer, LLC that may be
privileged. The information is intended for
the use of the addressee only. If you are not
the addressee, note that any disclosure,
replication, distribution or use of the
contents of this message is prohibited.

On Jan 21, 2022, at 12:25 PM, Al Baker
<bubbasq@icloud.com> wrote:

Absolutely!!!

Best regards,

*CEO Revelation Approach*

**Al "Bubba" Baker**

**(440) 319-5744 cell**

**bubbasq@icloud.com**

**www.albubbabaker.com**

**IN: Al Bubba Baker**

On Jan 21, 2022, at 12:50
PM, Jennifer Flack
<jennifer@tccdl.com>
wrote:

I wonder if we
should consider
exploring the
market to see
who else might

be interested in
the company.  j


<image001.jpg>


JENNIFER
SCHOATS
FLACK

The Capital City
Deal Lawyer,
LLC

4420 Foxhall
Lane

Springfield,
Illinois 62711

217.679.2141
(w)

248.977.7921
(m)

Jennifer@tccdl.
com

www.thecapital
citydeallawyer.c
om


This electronic
message
contains
information
from the law
firm of The
Capital City
Deal Lawyer,
LLC that may
be privileged.
The information
is intended for
the use of the
addressee only.
If you are not
the addressee,
note that any
disclosure,
replication,

distribution or use of the contents of this message is prohibited.

---

**From:** Larry Fox <larry@theshark group.com>
**Sent:** Thursday, January 20, 2022 5:35 PM
**To:** Jimmy Yu <JYu@mhhco.c om>
**Cc:** Al Baker <bubbasq@iclo ud.com>; Jennifer Flack <jennifer@tccdl. com>; Ray Rastelli III <RRastelli3@ras telli.com>; Brittani Baker <brittanibo03@y ahoo.com>; Michael Mufson <MMufson@mh hco.com>; Anthony LopezOna <ALopezOna@ mhhco.com>; Sabrina Baker <sabrinasq@icl oud.com>; Ray Rastelli <RRastelli@rast elli.com>
**Subject:** Re: Bubba's Update

Hi Everyone. Had a good conversation with Smithfield.

Their thought process is this: After reviewing our volume history, our numbers are way below what they really look at when reviewing an opportunity. That isn't to say they aren't interested. However, it is tough for them to make a decision on a project like this without further understanding what the economics (in particular, costs) look like on an ongoing basis in the current environment/Covid marketplace as well as the current high priced meat market. Simply put, their interest in a potential transactional or equity basis in our venture comes down to what pricing looks like to bring the ribs to market in their system (whether it be retail or food service) to the United States in large volume for their sales force to get behind the product.

Smithfield has agreed to look into a few possibilities for us to pursue for new additional sourcing in hope of bringing the product to the US for us to collectively figure out, how if possible, we can bring the product to market at a low enough price that they believe it will take for them to be successful selling it. Currently they believe the product is too expensive for them to really get behind it, which is why they want us to go down this path together with their resources. After that due diligence, they will be in a better position to evaluate their interest in our venture and put a value on it but in their mind, trying to value the venture and get their interest now is kind of like putting the "cart before the horse."

I still read them as having interest and

they really do
"want to see
this product
succeed."
Those were
their exact
words. They
easily could
have walked
away and said,
"No"; however,
they continue to
show interest in
exploring the
opportunity in
the near term to
see if a win/win
situation can be
created.

We will be
following up
with them in
about a week if
we haven't
heard
back from them
about exploring
their leads for
sourcing and
pricing.

Larry

<image002.png
>

**Larry Fox**

**General
Counsel**

[Larry@theshar
kgroup.com](mailto:Larry@thesharkgroup.com)

**646 552-9369**

[www.theshark
group.com](http://www.thesharkgroup.com)

On Mon, Jan
17, 2022 at
10:29 AM
Jimmy Yu
<JYu@mhhco.c
om> wrote:

Hi Larry,

Happy New
Year and
hope all is
well! Wanted
to follow up
on any
progress/upd
ate from
Smithfield's
side in
response to
the
information
package that
we put
together.
Thanks!

Regards,

Jimmy Yu,
CFA

<image003.p
ng>

Mufson
Howe Hunter
& Company
LLC

1717 Arch
Street, 39th
Floor

Philadelphia,
PA 19103

[www.mhhco.com](http://www.mhhco.com)

Direct Dial:
215-399-5408

Cell: 614-886-8661