## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTELLI PARTNERS, LLC, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. BAKER, et. al.<br><br>Defendants | **Civil Action No.: 1:23-cv-02967-RBK-AMD** |
| DF VENTURES LLC, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>FOFBAKERS HOLDING COMPANY LLC, et. al.,<br><br>Defendants | **Civil Action No.: 1:23-cv-03126-RBK-AMD**<br><br>**DECLARATION OF DEFENDANTS' COUNSEL** |

I, Alexander Schachtel Esq., being duly admitted to appear before this Court, and having personal knowledge of the matters set forth herein by way of my representation of Defendants in the above-captioned actions, do hereby swear and affirm as follows:

1. I am counsel to the Defendants in this action and therefore I am familiar with the facts which are relevant to this declaration.

2. Per my conversations with Brittani Baker and Al Baker on July 23, 2023, as of July 23, 2023 at 1:00 p.m., Brittani Baker, Al Baker, and Sabrina Baker have deleted, removed and/or otherwise taken down all written posts, videos, comments, other images, recordings, and

other multimedia that they have shared on any social media platforms, including but not limited to TikTok, Twitter and Instagram which disparaged or contained any negative statements about the Plaintiffs and in particular the Rastelli Companies and Daymond John.

3. Further per my conversation with Brittani Baker on July 23, 2023, the website that the Bakers had maintained at the url: www.bbqconsulting.com has been edited and amended to remove all negative content including but not limited to disparaging videos and written remarks or comments relating to the Plaintiffs.

4. I swear and affirm that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false I may be subject to punishment.

By: */s/ Alexander Schachtel*
Alexander Schachtel Esq.

Dated: July 24, 2023