UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTELLI PARTNERS, LLC, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. BAKER, et. al.<br><br>Defendants | **Civil Action No.: 1:23-cv-02967-RBK-AMD** |
| DF VENTURES LLC, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>FOFBAKERS HOLDING COMPANY LLC, et. al.,<br><br>Defendants | **Civil Action No.: 1:23-cv-03126-RBK-AMD**<br><br>**DECLARATION OF BRITTANI BAKER** |

I, Brittani Baker, being of due age and of sound mind, and having personal knowledge of the matters set forth herein, do hereby swear and affirm as follows:

1. I am a Defendant in this action and therefore I am familiar with the facts which are relevant to this motion.

2. Following my receipt of Judge Kugler's Order, I deleted all social media posts on any of my social media accounts which disparaged, defamed, or made any negative comments about the Rastellis or Daymond John.

1

3. I removed and deleted over twenty (20) videos from our TikTok page which is @bubbasqfoodtrucks.

4. I also edited our profile to delete any references to the Rastellis or Daymond John.

5. I also went through my TikTok history under @bbqconsulting and @bubbasqfoodtrucks and @bubbasbonelessribs deleted any posts or comments which had anything negative to say about Rastelli or Daymond John.

6. I also edited our website, www.bbqconsulting.com, to remove and delete any negative references on the website to Rastelli or Daymond John and I removed all language regarding our "Shark Tank Nightmare" which had previously been on the website.

7. I also edited and removed the posts from our other website www.bubbasbonelessribs.com which had any negative references or comments relating to Daymond John and Rastelli.

8. I also went on our Instagram pages @bubbasq60 and @brittanibobaker and @bubbasqfoodtrucks and @bbqconsutling and I checked to remove and deleted any negative references or comments which were made in Instagram posts about the Rastellis or Daymond John.

9. I also went on our Facebook page @Bubba's Q and @brittanibobaker and I checked to remove and delete any negative references or comments which were made about the Rastellis or Daymond John on Facebook.

10. I also went on our Twitter page @bubbasq60 and @bubbasqfoodtruc and I checked to remove and delete any negative references or comments which were made to the Rastellis or Daymond John on Twitter.

11. I also went on our YouTube channel @bubbasqfoodtrucks I checked to remove and delete any negative references or comments which were made about the Rastellis or Daymond John on YouTube.

12. I also went on my personal LinkedIn Page @brittanibobaker I checked to remove and delete any negative references or comments which were made about the Rastellis or Daymond John on LinkedIn.

13. I also removed any negative comments from my bios on any/all social medias that made any negative references or comments about the Rastellis or Daymond John.

14. I know that my mother and father also took steps as directed by Judge Kugler to remove everything they had posted on social media which contained any negative references or comments about the Rastellis or Daymond John.

15. This was all done within 48 hours of the entry of the Judge's order on July 21st.

16. I swear and affirm that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false I may be subject to punishment.

By: /s/ Brittani Bo Baker
Brittani Bo Baker

Dated: August 3, 2023