**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RASTELLI PARTNERS, LLC, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. BAKER, et. al.<br><br>Defendants | **Civil Action No.: 1:23-cv-02967-RBK-AMD** |
| DF VENTURES LLC, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>FOFBAKERS HOLDING COMPANY LLC, et. al.,<br><br>Defendants | **Civil Action No.: 1:23-cv-03126-RBK-AMD**<br><br>**DECLARATION OF SABRINA BAKER** |

I, Sabrina Baker, being of due age and of sound mind, and having personal knowledge of the matters set forth herein, do hereby swear and affirm as follows:

1. I am a Defendant in this action and therefore I am familiar with the facts which are relevant to this motion.

2. Following my receipt of Judge Kugler's Order, I deleted all social media posts on any of my social media accounts which disparaged, defamed, or made any negative comments about the Rastellis or Daymond John.

1

3. I removed and deleted all posts and comments from my personal Instagram and Facebook pages.

4. All other social media pages and the websites were operated by my daughter Brittani and to my knowledge she deleted all the posts and comments that appeared on those pages and on the website.

5. I also edited my profile on these social media pages to delete any references to the Rastellis or Daymond John in the profile biographies.

6. This was all done within 48 hours of the entry of the Judge's order on July 21st.

7. I swear and affirm that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false I may be subject to punishment.

By: /s/    *Sabrina Baker*  
Sabrina Baker

Dated: August 3, 2023