# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTELLI PARTNERS, LLC, RASTELLI BROTHERS, INC. D/B/A RASTELLI FOODS GROUP, RAYMOND M. RASTELLI, JR. and RAYMOND RASTELLI, III, | **CIVIL NO.** **1:23-CV-2967-RBK-AMD** |
| Plaintiffs, | |
| vs. | |
| JAMES A. BAKER a/k/a AL BAKER, BRITTANI BAKER and SABRINA BAKER, | |
| Defendants. | |
| DF VENTURES, LLC and DAYMOND JOHN, | **CIVIL NO.** **1:23-CV-3126-RBK-AMD** |
| Plaintiffs, | |
| vs. | |
| FOFBAKERS HOLDING COMPANY, LLC, JABEZBAKER, LLC, JAMES A. BAKER a/k/a AL BAKER, *individually*, BRITTANI BO BAKER, *individually*, SABRINA BAKER, *individually,* | |
| Defendants. | |

# **JOINT MOTION FOR ATTORNEYS' FEES AND COSTS**

TO:     Law Offices of Alexander Schachtel, LLC
           Alexander Schachtel, Esquire
           101 Hudson Street, Suite 2109
           Jersey City, NJ 07302
           xschachtel@gmail.com

**PLEASE TAKE NOTICE** that Plaintiffs, Rastelli Partners, LLC, Rastelli Brothers, Inc. d/b/a Rastelli Foods Group, Raymond M. Rastelli, Jr., and Raymond Rastelli, III and Plaintiffs (together, the "Rastelli Plaintiffs"), DF Ventures LLC and Daymond John (together, "DJ Plaintiffs") (collectively, the Plaintiffs) hereby move before the Court to be heard on _____, 2023, for entry of an Order compelling Defendants, James A. Baker a/k/a Al Baker, Brittani Bo Baker, Sabrina Baker and FOFBAKERS Holding Company, LLC to pay and/or reimburse Plaintiffs for all costs, expenses, attorney's fees and services with respect to this litigation pursuant L. Civ. R. 54.2.

**PLEASE TAKE FURTHER NOTICE** that the Plaintiffs rely upon the accompanying Brief and Attorney Declarations submitted herewith. A proposed form of Order is submitted herewith as well.

                                             **HYLAND LEVIN SHAPIRO LLP**

                                             /s/ David R. Dahan
                                             David R. Dahan, Esq.
                                             6000 Sagemore Drive, Suite 6301
                                             Marlton, New Jersey 08053-3900
                                             P: (856) 355-2991
                                             *Attorneys for Plaintiffs, Rastelli Partners,*
                                             *LLC, Rastelli Brothers, Inc. d/b/a Rastelli*

*Foods Group, Raymond M. Rastelli, Jr., and Raymond Rastelli, III*

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Mercedes Colwin
Mercedes Colwin, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
P: (212) 269-5500
*Attorneys for Plaintiffs, DF Ventures, LLC and Daymond John*