IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTELLI PARTNERS, LLC, RASTELLI BROTHERS, INC. D/B/A RASTELLI FOODS GROUP, RAYMOND M. RASTELLI, JR. and RAYMOND RASTELLI, III,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES A. BAKER a/k/a AL BAKER, BRITTANI BAKER and SABRINA BAKER,<br><br>Defendants. | CIVIL NO.<br>1:23-CV-2967-RBK-AMD |
| DF VENTURES, LLC and DAYMOND JOHN,<br><br>Plaintiffs,<br><br>vs.<br><br>FOFBAKERS HOLDING COMPANY, LLC, JABEZBAKER, LLC, JAMES A. BAKER a/k/a AL BAKER, *individually*, BRITTANI BO BAKER, *individually*, SABRINA BAKER, *individually*,<br><br>Defendants. | CIVIL NO.<br>1:23-CV-3126-RBK-AMD |

**AFFIDAVIT OF LAWRENCE H. FOX IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

STATE OF NEW YORK       )
                        )
COUNTY OF NEW YORK      )

LAWRENCE H. FOX, being duly sworn, deposes and states, under penalty of perjury, that the following is true:

1. I am older than twenty-one years of age, and am of sound mind and competence to testify. The statements in this Affidavit are based upon my own personal knowledge and understanding.

2. I am an attorney at law and legal counsel to Mr. Daymond John ("Plaintiff John"), and my office is located 401 E. 80th Street, Suite 17F, New York, New York.

3. I graduated Boston University School of Law, *summa cum laude* in 1990.

4. I was admitted to the New York State Bar in 1991 and have practiced for over 30 years.

5. I practiced law and worked for the law firm of Rogers & Wells, (currently Clifford Chance, one of the largest international law firms in the world) in New York City for approximately ten years from 1990-1999.

6. I have continued to practice law for over twenty years on my own focusing on advising companies and high net worth individuals in corporate and litigious matters.

7. I was granted my *pro hac vice* admission in this matter.

8. I have represented Plaintiff John from the inception of this matter to the present. As such, I am fully familiar with the facts and circumstances of this action.

9. I affirm that Plaintiff John incurred fees and costs totaling $69,562.50 from the outset of this matter through the permanent injunction hearing for which Plaintiffs' motion for attorneys' fees has been granted.

10. Included in Exhibit A is a detailed summary of the fees accrued to date by Plaintiffs for my legal services.

11. I expended over 220 hours of professional time on this matter.

12. Such fees were calculated at a rate of $441 per hour, which is the agreed upon rate charged to Plaintiff John. These fees are reasonable considering my extensive legal background and experience, and represent a significant discount from the hourly rate I would ordinarily charge for my services due to the longstanding professional relationship I have with Plaintiff John.

13. In addition to such reduced rate, as a professional courtesy, I also provided Plaintiff John with an additional discount of over 25% on this matter and reduced my original bill (by $25,367.75) from $94,930.25 to $69,562.50.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 13, 2023



Lawrence H. Fox

NY Bar# 2428811

Sworn to before me this
___13th___ day of September, 2023

_____
Notary Public
Alexandra Iacono
Notary Public, State of New York
No.: 01A0003236
Commission NO.: ENOTARY-2023-002176
Qualified in Kings County
Commission Expires: March 21, 2027