IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RASTELLI PARTNERS, LLC, et al., | Civil No. 23-2967 (RBK/AMD) |
| Plaintiffs, | |
| v. | |
| JAMES A. BAKER, et al., | |
| Defendants. | |
| DF VENTURES, LLC and DAYMOND JOHN, | Civil No. 23-3126 (RBK/AMD) |
| Plaintiffs, | |
| v. | |
| FOFBAKERS HOLDING COMPANY, LLC, et al., | |
| Defendants | |

## ORDER

      This Order confirms the directives given to counsel during the telephonic conference held on the record on October 12, 2023, with all counsel as noted on the record; and for the reasons set forth in the record; and good cause appearing for the entry of the within Order:

      IT IS on this **12ᵗʰ** day of **October 2023**, hereby **ORDERED**:

      1.  Discovery in these actions shall be stayed pending resolution of the motions to dismiss filed in each of the above-captioned matters.

      2.  Any party may move to dissolve the stay by way of letter application.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Robert B. Kugler