UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:  November 2, 2023

**JUDGE ROBERT B. KUGLER**

**COURT REPORTER:**  ANN MARIE MITCHELL

**TITLE OF CASE:**  **DOCKET NO.:** 23-3126 (RBK)(AMD)

DF VENTURES, LLC, et al.
v
FOFBAKERS HOLDING COMPANY, LLC, et al.

**APPEARANCES:**
Lawrence Fox, Esq., for Plaintiffs
Alexander Schachtel, Esq., for Defendants

**NATURE OF PROCEEDINGS**:  CIVIL CONTEMPT HEARING - EVIDENTIARY

Civil Contempt hearing held on the record.
Brittani Baker sworn.

Order to issue.


Time Commenced: 3:00p.m.    Time Adjourned: 4:30p.m.    Total Time in Court:   0:45


   s/Lawrence MacStravic
   Deputy Clerk

**cc: Chambers**